UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 18-cr-20637 |
| v. | Honorable Laurie J. Michelson |
| LAWRENCE KING, | |
| Defendant. | |

**ORDER ON DEFENDANT'S MOTION FOR NEW COUNSEL [21]**

Lawrence King has been indicted on gun and drug charges. (ECF No. 1.)

On January 25, 2019, a letter from King was filed in this case. In this letter, King indicated a breakdown in the relationship with his court-appointed attorney. (ECF No. 21.) The Court has construed King's letter as a motion for new counsel.

On February 7, 2019, the Court held a hearing on King's request. *See United States v. Iles*, 906 F.2d 1122, 1131 (6th Cir. 1990). Both King and King's counsel expressed that since the time the letter was written, they have had an opportunity to speak on several occasions and resolve King's issues. King further indicated that, going forward in this case, he and his attorney would be able to work together.

Accordingly, and for the reasons stated on the record, the Court DENIES King's request for new counsel.

IT IS SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date: February 7, 2019

CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 7, 2019.

                                           s/William Barkholz
                                           Case Manager to
                                           Honorable Laurie J. Michelson